```
FILED ✓    ___ LODGED
___ RECEIVED  ___ COPY

    OCT 15 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Neil Draper
830 W Thurber rd
Tucson Az 85705
(520) 440-0694

CV 18-0514 TUCRCC

In The United States District Court
For The District of Arizona

Neil Draper
    Plaintiff

V.

Copperpoint Mutual Insurance
3030 N 3rd St
Phoenix Az 85012
        Defendant

Complaint

## Jurisdiction

I Filed a discrimination against the disabled case in The Arizona court of Appeals and They upheld The lower courts decision that it is ok to discriminate against disabled induviduals that are on workers compensation's caseload so they don't have to give fair wages for thier injury even thou Arizona has a fair wage law.

## Complaint

D) Discrimination against the disabled according to copperpoint mutual the industrial commission of Arizona and

the Arizona court of appeals. The new Fair wage law does not apply to the disabled even thou loss of earning capacity is wages. We are to live under bridges and eat out of dumpsters

2) Denial of Medical

Back in August 2011 I filed a petition to reopen my case with the industrial commission in an attempt to get my supportive care benifits reinstated. It was dismissed for no supportive medical evidence. I also started calling Copperpoint Mutual multple time's a month for several months. Copperpoints representative's treated me like I was a piece of trash for wanting my life time granted benefits reinstated. I was finally force to hire a attorny in order to see a Dr. I requested an X Ray of my upper extrimidies (Neck Back and shoulders) the Dr said Copperpoint wouldn't allow it. My Attorny filed a petition to reopen. Copperpoints Dr determined even thou I was in severe pain I no longer needed supportive care benefits. At a point in time when single men couldn't get state funded medical treatment. The industrial commission upheld their Dr's desition.

I saw several Dr's after the state reinstated single men into state funded medical. None would look beyond my old shoulder injury until I found one in late 2017. She found a serious problem in my neck and sent me to a specialist. He determined it was from my 11/11/1991 work injury. On March 1st 2018 the state payed for the surgery. After the surgery the pain I've been living with for years is gone.

3)
## Pain and Suffering

I have been in constant pain since my 11/11/91 injury. In 2006 and 2007 it started getting worse. To the point of I could not move my arm at times for between a day upwards to several weeks. In August 2011 I tried getting my benifits reinstated in onder to get in to see a Dr. My Pain was so bad I couldn't sleep for more then 4 hrs at a time and could not be upright for more then 6 hrs before having to go lay down for 3 to 4 hrs. On March 1st 2018 I had surgery on my neck for a disingrated disk, my Dr contributed it to being struck by an Airplane Prop on 11/11/1991

4)

## Mental Duress

Living with severe pain takes a very big tole on ones mental state. I had suicidal thoughts, severe anger issues, depression. I couldn't have a lasting relationship with any women because of severe mood swings. So I pretty much missed out on having any children. If someone even mentioned Copper point I would instantly get very Angry.

## Demand

I Feel $10,000,000 a year dating back to August 2011 is a fair amount for everything that company has put me through along with punitive damages And all past medical bills that are going against my credit that pertain to my 11/11/1991 injury

Date 10/05/2013

Neil Draper
830 w thurber rd
Tucson Az 85705