Neil Draper
830 W Thurber rd
Tucson Az 85705
(520) 440-0694



FILED ✓  RECEIVED   LODGED   COPY
APR 30 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Neil Draper

Plaintiff,

v. Copperpoint Mutual Insurance Company

Defendant.

No. CV 18-0514 -TUC-RCC

Amendment
Amended Complaint

December 4th 2013 Copperpoint Mutual Insurance Company Changed its name from State Compensation Fund (SCF of Arizona).

Discription of Claim

1) Discrimination against the disabled Copperpoint Mutual Insurance Company claims Disabled individuals are not entitled to cost of living increases because there is no law telling them to give increases. January 1st 2017 Proposition 206 implimented the Fair Wage and Healthy Family Act in the state of Arizona

They are also ignoring The fair Labor standards act 29 U.S.C - 203

They base my Lose of earning on what I was earning on 11/11/1991. At this point in time I am making 68.92% Below what I was earning in 1991

According to the the United Nations Universal Declaration of Human Right they are Violating Articles 3., 5., and 25. of my Rights

3) Denial of Medical

In 1998 I was granted life time supportive care benefits. On August 29th 2011 I started calling Copperpoint Mutual Insurance in an attempt to get my benifits reinstated after Months of phone call on January 26th 2012 I hired an attorny. He was able to get my benefits with one Phone call.

A few Months later they cut off my supportive care benefits becouse Their Dr noted I had Shoulder Pain but claims it was not from my work related injury of 11/11/1991 When I was struck by the prop on an airplain.

Even though my Dr stated it was work related

That is a violation of my 8th Amendment of the constution and Article 5. of my human rights

3) Pain and Suffering

Around 2006 the pain in my shoulder started getting worse. At times I couldnt move my arm. I lived with it till I couldnt take it any longer. In 2011 it got to the point I couldnt sleep for more then 4 hrs at a time. And could not be upright for more then 6 hrs at a time before having to lay down

4) Metal Duress

Living with severe pain and sleep deprivation. Took a big tole on my metal state. I had suicidal thoughts severe anger issues and constant depression.

On March 1st 2018 I had surgury on my neck. For the first time

in approxamitly 12 years I was finally able to get a full nights sleep without waking up in severe pain. And am able to go a full day in the upright position pain free. The Dr states it was related to my 1991 injury

Demand

I feel $10,000,000°° a year dating back to the date I started trying to get my benefits reinstated is fair Plus punitive damages. Copperpoint Mutual Insurance should also pay medical bills going against my credit and reimburse the state of Arizona for all medical bill pertaining to my shoulder

United States District Court of Arizona
Honorable Raner C. Collins
Senior United States District Judge
405 W Congress street Suite 1500
Tucson Az 85701

Neil Draper
830 w thurber rd
Tucson Az 85705
(520) 440-0694

Plaintiff

*[signature]*
Neil Draper
(520) 440-0694

*[signature]*

Note to Judge

Honorable Raner C. Collins

I have medical Records, hearing request and several other documents to present I just don't know when they need to be presented to the court they date back to 1991 to date.

I believe they substantiate my claim fully. Some of the documentation might hopfully get your attention enough to get a federal investigation against them and their associates.

Thank you

*[signature]*

Neil Draper
(520) 440-0694